**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

Dated:  April 25, 2025               Respectfully submitted,

*/s/Andrew Croner*                    s/ *David E. Dukes*
Andrew Croner                       David E. Dukes
NAPOLI SHKOLNIK, PLLC        Nelson Mullins Riley & Scarborough LLP
360 Lexington Avenue, 11th Fl.      1320 Main Street / 17th Floor
New York, New York 10017       Post Office Box 11070 (29211-1070)
(212) 397-1000                    Columbia, SC  29201
acroner@napolilaw.com          david.dukes@nelsonmullins.com
                                  (803) 799-2000

*Counsel for Plaintiffs Listed on Exhibit A*

                                  */s/ Liam J. Montgomery*
                                    Liam J. Montgomery
                                    WILLIAMS & CONNOLLY LLP
                                    680 Maine Ave SW
                                    Washington, DC 20024
                                    (202) 434-5000
                                    lmontgomery@wc.com

                                    *Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*

                                    */s/ Jonathan B. Blakely*
                                    Jonathan B. Blakley
                                    Gordon Rees Scully Mansukhani
                                    One North Wacker, Suite 1600
                                    Chicago, IL 60606
                                    (312) 619-4915
                                    jblakley@grsm.com

                                    *Counsel for ChemDesign Products, Inc.*